**Order entered December 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01210-CV

### IN THE INTEREST OF E.A.D.P., J.T.C.P., AND C.E.P., CHILDREN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-55004-2010**

## ORDER

We **GRANT** the November 30, 2015 second motion of the court reporter to file the reporter's record. The reporter's record shall be filed by **DECEMBER 15, 2015**.

/s/    ELIZABETH LANG-MIERS
       JUSTICE